1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   ADRIAN SEAN FLORES
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,  | Case No. 6:19-MJ-00017 JDP

12  Plaintiff,  | **STIPULATION TO CONTINUE REVIEW HEARING; ORDER**

13  vs.

14  ADRIAN SEAN FLORES,  | DATE: March 11, 2020
                         | TIME: 10:00 a.m.
15  Defendant.           | JUDGE: Hon. Jeremy D. Peterson

16

17      IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19  Federal Defender Benjamin Gerson, counsel for Adrian Sean Flores, that the Court continue the

20  review hearing scheduled for March 11, 2020 to June 11, 2020, at 10:00 a.m.

21      On March 11, 2019, the honorable Jeremy Peterson sentenced Mr. Flores to 24 months

22  unsupervised probation, 50 hours community service, and a $30.00 special assessment.  To date

23  Mr. Flores has completed 43 hours of community service.  Mr. Flores also mailed a money order

24  for the special assessment to the United States Courthouse for the Eastern District of California.

25  However, because the money order could not be properly filed the court returned it to Mr. Flores

26  and it was lost in the mail.  Documentation of each is on file with the undersigned defense

27  counsel.

28      Currently Mr. Flores has limited employment in a convenience store and respectfully

requests that the court continue his review hearing for 90 days while he fulfills the requirements of his sentence. The government has been made aware of the situation and does not object.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 9, 2020           */s/ Susan St. Vincent*
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 9, 2020           */s/ Benjamin Gerson*
                              BENJAMIN GERSON
                              Assistant Federal Defender
                              Attorney for Defendant
                              ADRIAN SEAN FLORES

ORDER

The court hereby grants the parties' request to continue the March 11, 2020 initial appearance to June 11, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  March 9, 2020

*[signature: Jeremy Peterson]*
UNITED STATES MAGISTRATE JUDGE