HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ADRIAN SEAN FLORES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00017-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING AND TERMINATE PROBATION; ORDER** |
| vs. | |
| ADRIAN SEAN FLORES, | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Adrian Sean Flores, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for February 9, 2021.

On March 11, 2019, the Honorable Jeremy D. Peterson sentenced Mr. Flores to a term of 24 months unsupervised probation, to serve 15 days in custody, complete 50 hours of community service, and to pay a fine and special assessments totaling $30.00.  As of the instant filing, Mr. Flores is in substantial compliance with the terms of his probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  February 5, 2021                /s/ Sean Anderson
SEAN ANDERSON
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: February 5, 2021                 /s/ Benjamin A. Gerson
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
ADRIAN SEAN FLORES

O R D E R

Based on the parties' joint representation that defendant Mr. Adrian Sean Flores is in full compliance with the conditions of his probation, the court GRANTS defendant's motion (Doc. No. 10).  The review hearing in case 6:19-mj-00017-JDP scheduled for February 9, 2021, at 10:00 a.m. is VACATED and probation is TERMINATED.

IT IS SO ORDERED.

Dated:   February 8, 2021                  [signature]
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Flores – Stipulation to
Vacate Review Hearing                                    3